1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                   SAN FRANCISCO DIVISION

8

9    MAURILO SERRANO, et al.,                    No. C 12-4126 RS

10              Plaintiffs,

11       v.                                      **ORDER REMANDING TO SUPERIOR COURT OF CALIFORNIA**

12   FREDERICO ROCHA, et al.,

13              Defendants.

14   _____/

15

16

17

18          On August 6, 2012, Defendants Federico Rocha, et al, ("Defendants") removed this case

19   from Monterey County Superior Court.  Plaintiffs Maurilio Serrano, et al, ("Plaintiffs") brought an

20   unlawful detainer action against Defendants in state court, and Defendants seek to present federal

21   claims under the Fourteenth Amendment's Equal Protection Clause as affirmative defenses.

22          Federal courts are courts of limited jurisdiction, and a "federal court is presumed to lack

23   jurisdiction in a particular case unless the contrary affirmatively appears." *Stock W., Inc. v.*

24   *Confederated Tribes*, 873 F.2d 1221, 1225 (9th Cir. 1989) (citation omitted).  "[T]he presence or

25   absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which

26   provides that federal jurisdiction exists only when a federal question is presented on the face of the

27   plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

28   That rule applies equally to evaluating the existence of federal questions in cases brought initially in

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    federal court and in removed cases.  *See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc.*,

2    535 U.S. 826, 830 n.2 (2002).  Relevant for purposes here, a federal question exists only when it is

3    presented by what is or should have been alleged in the complaint.  *See id.* at 830-31.  The

4    implication of a federal question through issues raised by an answer does not suffice to establish

5    federal question jurisdiction.  *See id.* at 831.

6            The cause of action in this case does not arise under federal law.  Accordingly, the suit is

7    remanded to Monterey County Superior Court.

8            IT IS SO ORDERED.

9

10   Dated: 10/26/12

11                                       RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. C 12-4126-RS

ORDER

2